UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH PANZARELLA and JOSHUA PANZARELLA, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NAVIENT SOLUTIONS, LLC,**<br><br>**Defendant.** | No. 2:18-cv-03735-PBT<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Elizabeth and Joshua Panzarella, by counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, to certify this action as a class action. In support thereof, Plaintiffs submit the accompanying Memorandum of Law.

Dated: March 20, 2020

                                              Respectfully submitted,
                                              FRANCIS MAILMAN SOUMILAS, P.C.

By: */s/ James A. Francis*
     James A. Francis
     David A. Searles
     1600 Market Street, Suite 2510
     Philadelphia, PA 19103

     ROBERT P. COCCO, P.C.
     Robert P. Cocco, Esquire
     1500 Walnut Street, Suite 900
     Philadelphia, PA 19102
     (215) 351-0200

     David P. Mitchell, Esq.
     Florida Bar No. 067249
     MANEY & GORDON, P.A.
     101 East Kennedy Blvd., Suite 3170
     Tampa, Florida 33602
     Telephone: (813) 221-1366
     Fax: (813) 223-5920
     David@MitchellConsumerLaw.com

     *Attorneys for Plaintiffs and the Classes*

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that I caused the foregoing to be served upon all counsel of record via Notification generated by the CM/ECF filing system.

Dated:  March 20, 2020                                          */s/ James A. Francis*
                                                                                     James A. Francis
                                                                                     *Attorney for Plaintiffs and the Class*