# Exhibit 2



Deposition of:
# Joshua J. Dries

*September 26, 2019*

In the Matter of:

# Panzarella Et Al Vs. Navient Solutions Inc

Veritext Legal Solutions
800.808.4958 | calendar-de@veritext.com |

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF PENNSYLVANIA
 3
 4      ELIZABETH PANZARELLA and      )
        JOSHUA PANZARELLA,            )
 5      individually and on behalf    )
        of all others similarly       )
 6      situated                      )
                                      )
 7           Plaintiffs               )
                                      )
 8      v.                            ) 2:18-cv-03735-PBT
                                      )
 9      NAVIENT SOLUTIONS, LLC        )
                                      )
10                                    )
             Defendant                )
11
12
13           A deposition of JOSHUA J. DRIES was taken
14      pursuant to notice before Carrie Gold, Court Reporter, in
15      the law offices of Greenberg Traurig, LLP, 1007 North
16      Orange Street, Suite 1200, Wilmington, Delaware, on
17      Thursday, September 26, 2019, beginning at approximately
18      9:00 a.m., there being present:
19
20
21
22
23           VERITEXT NATIONAL COURT REPORTING COMPANY
                      MID-ATLANTIC REGION
24              300 Delaware Avenue, Suite 815
                    Wilmington, DE 19801
25                     302-571-0510
```

```
 1      APPEARANCES:
 2                      JAMES A. FRANCIS, ESQ.
                        Francis, Mailman & Soumilas, P.C.
 3                        1600 Market Street
                          Suite 2510
 4                        Philadelphia, Pennsylvania 19103
                          (215) 735-8600
 5                        jfrancis@consumerlawfirm.com
                        For the Plaintiffs
 6
 7
 8                      ROBERT P. COCCO, ESQ.
                        Law Offices of Robert P. Cocco
 9                        1500 Walnut Street
                          Suite 900
10                        Philadelphia, Pennsylvania 19102
                          (215) 351-0200
11                        rcocco@rcn.com
                        For the Plaintiffs
12
13
14                      LISA SIMONETTI, ESQ.
                        Greenberg Traurig, LLP
15                        1840 Century Park East
                          Suite 1900
16                        Los Angeles, California 90067
                          (310) 586-7824
17                        simonettil@gtlaw.com
                        For the Defendant
18
19      ALSO PRESENT:
20                      Matthew Sheldon, Navient Vice President
                        and Associate General Counsel
21
                        Adam Carson, Videographer
22
23
24
25
```

Page 4

1        THE VIDEOGRAPHER: Good morning. We're
2  going on the record at 9:04 a.m. on September 26, 2019.
3  Please note that microphones are sensitive and may pick
4  up whispering, private conversations, and cellular
5  interference. Please turn off all cell phones or place
6  them away from the microphones as they can interfere with
7  the deposition audio.
8        This is media unit 1 of the video
9  recorded deposition of Joshua Dries in the matter of
10 Elizabeth Panzarella, et al, versus Navient Solutions,
11 LLC, filed in the United States District Court, Eastern
12 District of Pennsylvania, Case Number 2:18-CV-03735-PBT.
13       This deposition is being held at
14 Greenberg Traurig located at 1007 North Orange Street,
15 Suite 1200 in Wilmington, Delaware. My name is Adam
16 Carson from the firm Veritext Legal Solutions and I am
17 the videographer. The court reporter is Carrie Gold from
18 the firm Veritext Legal Solutions.
19       Counsel present in the room will now
20 state their appearances and affiliations for the record.
21       MR. FRANCIS: Yes. Good morning. This
22 is Jim Francis from Francis, Mailman & Soumilas on behalf
23 of the plaintiffs, and with me is my cocounsel, Bob
24 Cocco.

Page 5

```
 1              And the -- the only thing that I would
 2    point out is, as a correction to the introduction.  This
 3    is a deposition, not only of Mr. Dries himself personally
 4    pursuant to Rule 30(b)(1), but Mr. Dries is also being
 5    produced as a Rule 30(b)(6) corporate representative on
 6    behalf of the defendant Navient in this case.
 7              MS. SIMONETTI:  Good morning.  Lisa
 8    Simonetti, Greenberg Traurig for defendant.
 9              THE VIDEOGRAPHER:  Will the court
10    reporter please swear in the witness?
11                    - - - - - - - - - -
12         JOSHUA J. DRIES, having first been duly sworn
13    according to law, was examined and testified as follows:
14                          EXAMINATION
15    BY MR. FRANCIS:
16        Q.   Mr. Dries, good morning.  My name is Jim
17    Francis as you know.  We just met.  I am one of the
18    lawyers who represents the plaintiffs in this case.  And,
19    today, I'm going to be taking your deposition.
20              Are you aware that you are being
21    produced today on behalf of the defendant to testify as
22    to certain topics on behalf of the company?
23        A.   Yes, I am.
24        Q.   Okay.  Are you also aware that you -- a notice
```

1   source for a number would be an application or promissory
2   note, correct?
3       A.   Yes.
4       Q.   All right.  And are you saying that for a
5   number to be identified as an alternate number for a
6   borrower, the borrower would have to list that number as
7   an alternate number?
8       A.   Correct.
9       Q.   Okay.  So you're not saying that a credit
10  reference's alternate number would cause that -- that
11  alternate number to be attributed to the borrower,
12  correct?
13      A.   There would need to be an act after the
14  promissory/application loading to the system and creating
15  the account that made that an alternate.
16      Q.   Okay.  Did you see any application or
17  promissory note in this case which indicated whether or
18  not the borrower, Matthew Panzarella, identified the two
19  plaintiffs numbers' as alternate numbers?
20      A.   I did not see any.
21      Q.   Okay.  All right.  And then, finally, you said
22  that another source for -- for a number is skip tracing
23  efforts, correct?
24      A.   Correct.

```
 1           Q.   Can you explain that, how that would be a
 2     source for a number?
 3           A.   So as an account ages through delinquency if
 4     we are unable to reach the borrower in an attempt to
 5     prevent them from charging off and having adverse effects
 6     to their credit report, we will either pay vendors to try
 7     and find location information or we have our late stage
 8     agents work through whatever means they have -- tools
 9     available on the Internet to try and identify location
10     information for a borrower.
11           Q.   Okay.  From anything you reviewed in this
12     case, was there any indication that the numbers belonging
13     to the plaintiffs in this case were obtained by Navient
14     through skip tracing?
15           A.   I did not see anything that would say that.
16           Q.   Okay.  What is -- what -- what record or
17     what -- what would show you whether or not the number
18     came from skip tracing?
19           A.   Not being an expert of all the things that
20     load into class, and not knowing that -- when those are
21     always recorded, but I would allege that when a skip
22     return is -- when a skip return happens, class would have
23     a record of that occurring.
24           Q.   Okay.  All right.  So having gone through
```

JOSHUA J. DRIES

Page 103

1          C E R T I F I C A T E

4      I do hereby certify that I am a Notary Public in
5  good standing, that the aforesaid testimony was taken
6  before me, pursuant to notice, at the time and place
7  indicated; that said deponent was by me duly sworn to
8  tell the truth, the whole truth, and nothing but the
9  truth; that the testimony of said deponent was correctly
10 recorded in machine shorthand by me and thereafter
11 transcribed under my supervision with computer-aided
12 transcription; that the deposition is a true and correct
13 record of the testimony given by the witness; and that I
14 am neither of counsel nor kin to any party in said
15 action, nor interested in the outcome thereof.

17     WITNESS my hand this 10th day of October, 2019.

*Carrie Elizabeth Gold*

_____
22                Notary Public

```
               VERITEXT LEGAL SOLUTIONS
         COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.