# Exhibit 3



Deposition of:

# Patricia P. Petersen

*September 26, 2019*

In the Matter of:

# Panzarella Et Al Vs. Navient Solutions Inc

Veritext Legal Solutions
800.808.4958 | calendar-de@veritext.com |

Page 1

1                UNITED STATES DISTRICT COURT
2                EASTERN DISTRICT OF PENNSYLVANIA
3
4     ELIZABETH PANZARELLA and    )
      JOSHUA PANZARELLA,          )
5     individually and on         )
      behalf of all others        )
6     similarly situated          )
                                  )
7            Plaintiffs           )
                                  )  2:18-cv-03735-PBT
8     v.                          )
                                  )
9     NAVIENT SOLUTIONS,          )
      LLC                         )
10                                )
             Defendant            )
11
12
13         A deposition of PATRICIA P. PETERSON was taken
14    pursuant to notice before Carrie Gold, Court Reporter, in
15    the law offices of Greenberg Traurig, LLP, 1007 North
16    Orange Street, Suite 1200, Wilmington, Delaware, on
17    Thursday, September 26, 2019, beginning at approximately
18    1:02 p.m., there being present:
19
20
21
22
23           VERITEXT NATIONAL COURT REPORTING COMPANY
                       MID-ATLANTIC REGION
24              300 Delaware Avenue, Suite 815
                      Wilmington, DE 19801
25                       302-571-0510

```
 1      APPEARANCES:
 2                      JAMES A. FRANCIS, ESQ.
                        Francis, Mailman & Soumilas, P.C.
 3                        1600 Market Street
                          Suite 2510
 4                        Philadelphia, Pennsylvania 19103
                          (215) 735-8600
 5                        jfrancis@consumerlawfirm.com
                        For the Plaintiffs
 6
 7
 8                      ROBERT P. COCCO, ESQ.
                        Law Offices of Robert P. Cocco
 9                        1500 Walnut Street
                          Suite 900
10                        Philadelphia, Pennsylvania 19102
                          (215) 351-0200
11                        rcocco@rcn.com
                        For the Plaintiffs
12
13
14                      LISA SIMONETTI, ESQ.
                        Greenberg Traurig, LLP
15                        1840 Century Park East
                          Suite 1900
16                        Los Angeles, California 90067
                          (310) 586-7824
17                        simonettil@gtlaw.com
                        For the Defendant
18
19      ALSO PRESENT:
20                      Matthew Sheldon, Navient Vice President
                          and Associate General Counsel
21
                        Adam Carson, Videographer
22
23
24
25
```

```
 1
                              I N D E X
 2                                                             PAGE
 3      TESTIMONY OF PATRICIA P. PETERSON..............     5
 4      EXAMINATION BY MR. FRANCIS.....................     5
 5
 6
 7
 8
 9                       (No exhibits marked.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

1              THE VIDEOGRAPHER:  Good afternoon.
2       We're going on the record at 1:02 p.m. on September 26,
3       2019.  Please note that the microphones are sensitive and
4       may pick up private conversations, whispering, and
5       cellular interference.  Please turn off all cell phones
6       or place them away from the microphones as they can
7       interfere with the deposition audio.
8              This is media unit 1 of the
9       video-recorded deposition of Patricia Peterson in the
10      matter of Elizabeth Panzarella, et al, versus Navient
11      Solutions, LLC, filed in the United States District Court
12      Eastern District of Pennsylvania, case number
13      2:18-cv-037 -- 735-PBT.
14             This deposition is being held at
15      Greenberg Traurig located at 1007 North Orange Street,
16      Suite 1200, in Wilmington, Delaware.  My name is Adam
17      Carson from the firm Veritext Legal Solutions and I am
18      the videographer.  The court reporter is Carrie Gold from
19      the firm Veritext Legal Solutions.
20             Counsel present in the room will now
21      state their appearances and affiliations for the record.
22             MR. FRANCIS:  This is Jim Francis from
23      Francis, Mailman & Soumilas on behalf of the plaintiffs,
24      and with me is my cocounsel Robert Cocco.  And I'll make

```
 1      the same correction on the record that this is not only a
 2      deposition of Ms. Peterson herself in her individual
 3      capacity.  Ms. Peterson is also appearing here today as a
 4      corporate representative of the defendant Navient to
 5      testify on behalf of -- of various topics that were
 6      communicated in connection with a Rule 30(b)(6) notice.
 7                    MS. SIMONETTI:  Okay.  I'm Lisa
 8      Simonetti for defendant.
 9                    THE VIDEOGRAPHER:  Will the court
10      reporter please swear the witness?
11                          - - - - - - - - - - -
12           PATRICIA P. PETERSON, having first been duly
13      sworn according to law, was examined and testified as
14      follows:
15                              EXAMINATION
16      BY MR. FRANCIS:
17           Q.   Ms. Peterson, good afternoon.  We just met.
18      My name is Jim Francis and I'm one of the attorneys who
19      represents the plaintiffs in this case that's been
20      brought against Navient.  You just heard me make a
21      statement that you are appearing today both in connection
22      with your individual testimony as a fact witness, as well
23      as a corporate representative on behalf of Navient.  Are
24      you aware of that?
```

1    have this inaccurate alternative number attribution?
2                    MS. SIMONETTI:  Can you read that back?
3                    (The reporter read from the record as
4    requested.)
5                    MS. SIMONETTI:  I just object to the use
6    of the word "inaccurate."  We don't know that it's
7    inaccurate.  That's your position, but go ahead.  Go
8    ahead.
9                    THE WITNESS:  I -- I can make some
10   assumptions based on what I know would be a case where
11   the account -- or the people would be on there.  Just
12   back on the references, we do have, as a part of our
13   practice, to try and find the customer's phone number to
14   reach a reference.  So, in this case, they would have
15   been -- or in the cases that we're talking about, they
16   would have not had the association to the borrower or be
17   a potential borrower phone number.  They would have only
18   been listed as a reference.
19   BY MR. FRANCIS:
20        Q.   Okay.  And they would be -- have been called
21   as a reference to locate the borrower, correct?
22        A.   More -- that -- that's the assumption, yes.
23        Q.   Okay.  And I think you said before, since
24   Baker, Navient has not changed that practice, correct?

1   It still calls references in connection with attempting
2   to locate debtors.
3        A.   Correct.  We -- we have to in the case of our
4   federal student loans.
5        Q.   Okay.  And then in the case of nonfederal
6   student loans, but you -- it still does that, correct?
7        A.   Yes.
8        Q.   Okay.  All right.
9             MR. FRANCIS:  Off the video.  We'll just
10  take a short break.
11            THE VIDEOGRAPHER:  The time is now 2:25.
12  We're going off the video record --
13            MS. SIMONETTI:  Do you want us to step
14  out.
15            THE VIDEOGRAPHER:  -- ending media unit
16  number 1.
17            (Brief recess.)
18            THE VIDEOGRAPHER:  The time is now 2:43.
19  We're back on the video record beginning video unit
20  number 2.
21  BY MR. FRANCIS:
22       Q.   Ms. Peterson, before we took a break, I was
23  asking you some questions about how and when and the
24  circumstances surrounding the association of -- of the

1        C E R T I F I C A T E

4        I do hereby certify that I am a Notary Public in
5    good standing, that the aforesaid testimony was taken
6    before me, pursuant to notice, at the time and place
7    indicated; that said deponent was by me duly sworn to
8    tell the truth, the whole truth, and nothing but the
9    truth; that the testimony of said deponent was correctly
10   recorded in machine shorthand by me and thereafter
11   transcribed under my supervision with computer-aided
12   transcription; that the deposition is a true and correct
13   record of the testimony given by the witness; and that I
14   am neither of counsel nor kin to any party in said
15   action, nor interested in the outcome thereof.

17       WITNESS my hand this 10th day of October, 2019.

*Carrie Elizabeth Gold*

_____
22                  Notary Public

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.