# Exhibit 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH PANZARELLA and JOSHUA PANZARELLA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendant. | No. 2:18-cv-03735-PBT |

## DECLARATION OF DAVID P. MITCHELL

DAVID P. MITCHELL, being of lawful age, declares:

1. My name is David P. Mitchell. I am over the age of eighteen (18), and a resident of the State of Florida. The statements made herein are true and are based on my personal knowledge.

2. I submit this declaration in support of my clients' Motion for Class Certification pursuant to Rule 23.

3. I am a 2003 graduate of the University of Florida, and a 2008 graduate of the Stetson University College of Law. I have been licensed to practice law in the State of Florida since 2009. I am also admitted to practice in the United States District Court, Middle District of Florida; the United States District Court, Southern District of Florida; the United States District Court, Northern District of Florida; and the United States Court of Appeals for the Fifth Circuit.

4. I am currently employed by the law firm of Maney & Gordon, P.A. ("Maney | Gordon") in Tampa, FL, where I serve as the Department Chair of the firm's Consumer Protection Department.

5. Since 2012 I have practiced primarily in the areas of consumer protection litigation and healthcare litigation, including civil trials, appeals, and class actions. During this time, I have focused in particular on litigating cases involving violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227 ("TCPA").

6. I have been voted by my peers as the top practitioner in the area of consumer law in the Tampa Bay area for each of the past five years (2016–2020), as reflected in the Tampa Magazine *TopLawyers*® list, which ranks lawyers in various practice areas based on attorney peer endorsements.

7. I have represented hundreds of consumers in both federal court and state court proceedings, including litigating more than one hundred cases involving claims arising under the TCPA.

8. Since 1994 the Maney | Gordon firm has represented numerous plaintiffs in class action and MDL proceedings, including cases arising under the TCPA and other consumer protection statutes, as well as representing more than 120 plaintiffs in claims against the pharmaceutical manufacturers of silicone breast implants in MDL and in BILSA (Breast Implant Litigation Settlement Agreement) claims from 1994 to 2004.

9. My professional memberships include: the National Association of Consumer Advocates (NACA) and Hillsborough County Bar Association.

10. Neither I nor my co-counsel or the Named Plaintiffs have any interests that are antagonistic to the class or that would adversely affect any of us from acting as class counsel or named representatives in this action.

Pursuant to 28 U.S.C. § 1746, 1 declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of March, 2020

                                                                                     */s/ David P. Mitchell*
                                                                                     DAVID P. MITCHELL