# Exhibit 9

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                           - - -
 4    ELIZABETH PANZARELLA    :
 5    & JOSHUA PANZARELLA,    :
 6    INDIVIDUALLY & ON BEHALF
 7    OF ALL OTHERS SIMILARLY :
 8    SITUATED                :
 9           Plaintiffs       :
10            vs.             :
11    NAVIENT SOLUTIONS, LLC  :  CASE NO.
12           Defendant        :  2:18-CV-03735-PBT
13    _____
14
15
16        Oral testimony of JOSHUA PANZARELLA,
17    taken at Greenberg Traurig, LLP, 1717 Arch
18    Street, Philadelphia, Pennsylvania,
19    commencing at 11:10 a.m., before Janice L.
20    Welsh, Court Reporter and Notary Public; in
21    and for the Commonwealth of Pennsylvania,
22    Friday, September 27, 2019.
23
24    JOB No. 3563165
25    PAGES 1 - 45
```

Page 1

| | |
|---|---|
| 1  APPEARANCES:<br>2<br>3  Representing the Plaintiffs<br>4<br>5     LAW OFFICES OF ROBERT P. COCCO<br>6     BY:  ROBERT P. COCCO, ESQUIRE<br>7     1500 Walnut Street  Suite 900<br>8     Philadelphia, Pennsylvania 19102<br>9     Phone:  (215) 351-0200<br>10    rcocco@rcn.com<br>11<br>12<br>13 Representing the Defendant<br>14<br>15    GREENBERG TRAURIG<br>16    BY:  LISA SIMONETTI, ESQUIRE<br>17    1840 Century Park East<br>18    Suite 1900<br>19    Los Angeles, California 90067<br>20    Phone:  (310) 586-7824<br>21    simonettil@gtlaw.com<br>22<br>23<br>24<br>25<br>Page 2 | 1                        - - -<br>2           JOSHUA PANZARELLA, after having<br>3     been first duly sworn, was examined and<br>4     testified as follows:<br>5                        - - -<br>6           THE REPORTER:  Usual<br>7  stipulations?<br>8           MR. COCCO:  I think we'll read<br>9  and sign both.<br>10          MS. SIMONETTI:  I think you said<br>11 earlier that Mrs. Panzarella wasn't going to<br>12 read and sign.<br>13          MR. COCCO:  I reconsidered.  I<br>14 don't think there is any problem with<br>15 reconsidering.<br>16          MS. SIMONETTI:  That's fine.<br>17                       - - -<br>18          (It is hereby stipulated and<br>19 agreed by and between counsel for respective<br>20 parties that sealing, certification and filing<br>21 are waived and that all objections, except as<br>22 to the form of questions, be reserved until<br>23 the time of trial.)<br>24                       - - -<br>25               EXAMINATION<br>Page 4 |
| 1              I N D E X<br>2                  - - -<br>3  Testimony of: Joshua Panzarella<br>4  By Ms. Simonetti . . . . . . . . 5<br>5<br>6<br>7<br>8           E X H I B I T S<br>9                  - - -<br>10<br>11 NUMBER      DESCRIPTION      PAGE MARKED<br>12       (None Marked)<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>Page 3 | 1                        - - -<br>2  BY MS. SIMONETTI:<br>3  Q    Mr. Panzarella, we had a chance to meet<br>4  earlier this morning.  Again, I'm Lisa<br>5  Simonetti, counsel for defendant, Navient<br>6  Solutions.  How are you?<br>7  A    I'm good.<br>8  Q    Can you state your full name for the<br>9  record?<br>10 A    Joshua Anthony Panzarella.<br>11 Q    Have you gone by any other names or<br>12 nicknames?<br>13 A    Panz.  That's about it.<br>14 Q    Have you had your deposition taken<br>15 before?<br>16 A    For a previous -- I guess I was a<br>17 witness for a lawsuit.<br>18 Q    What type of lawsuit was that?<br>19 A    At my job a delivery guy slipped and<br>20 fell, and he was suing our company.<br>21 Q    How long ago was that deposition?<br>22 A    Probably five, six years ago.  Somewhere<br>23 in there.<br>24 Q    Is that the only testimony that you have<br>25 given under oath?<br>Page 5 |

```
 1  with you, and thereafter, did he have his own
 2  cell number?
 3  A     He did.
 4  Q     What was it?
 5  A     I don't even know my wife's cell phone
 6  number without looking at my phone.
 7  Q     No one knows any phone numbers any
 8  more.
 9  A     Right.
10  Q     Do you recognize the phone number
11  484-638-0910?
12  A     Off the top of my head I don't, no.
13  Q     Would it surprise you if Matthew gave
14  that number to anyone as relating to him?
15  A     It would surprise me if he gave it to
16  somebody other than like a friend kind of
17  thing.  Monetarily it would surprise me if he
18  did that.
19  Q     Have you received any other calls for
20  Matthew at your cell phone number?
21  A     No.  There was a mix up with our
22  insurance before, but we all had the same
23  insurance company, and we have for years.
24  That was really the only thing I recall as far
25  as that goes.
```
Page 30

```
 1  Q     What was the mix up?
 2  A     They just had our cell phone numbers
 3  mixed up as far as policy-wise, our cell phone
 4  numbers and birth dates were flip-flopped.
 5  Q     Do you have any understanding of whether
 6  Matthew had any federal student loans?
 7  A     I don't know that.
 8  Q     Do you know anything about requirements
 9  that loan services have on federal student
10  loans to look for delinquent borrowers?
11  A     I do not, no.
12  Q     Do you have an understanding of the
13  phrase auto dialer?
14  A     Not really, no.
15  Q     How about automatic telephone dialing
16  system?
17  A     I'm guessing that is also a bot way of
18  cranking out phone calls in high volume.
19  Q     Is that about it?  Is that your
20  understanding?
21  A     That's about it, yeah.
22  Q     What is your understanding of the claims
23  that are being asserted in the amended
24  complaint?
25  A     That Navient has illegally obtained
```
Page 31

```
 1  phone numbers of people like myself and the
 2  rest of the class, to call to collect or
 3  basically harass over debts that are not their
 4  own.
 5  Q     What was illegal about the way that
 6  Navient obtained your phone number?
 7  A     I don't know if it was legal for them
 8  coming across -- getting my phone number
 9  because I'm a relative to someone.  I didn't
10  provide that.
11  Q     Anything else?
12  A     That's about it.
13  Q     What is your understanding, not anything
14  you discussed with your attorney, of the
15  Telephone Consumer Protection Act?
16  A     Other than reading in the complaint,
17  that they're not allowed -- well, I was under
18  the understanding they cannot obtain your
19  phone number without your consent -- your cell
20  phone number, without you giving it to them,
21  for a debt that's not yours, or any payments
22  that are not yours.
23  Q     Is that your full understanding?
24  A     Yes.
25  Q     How about the Fair Debt Collection
```
Page 32

```
 1  Practices Act?
 2  A     I don't really know too much about
 3  that.  I didn't read that part of it really.
 4  Q     What do you expect to receive or achieve
 5  through this lawsuit?
 6  A     Basically whatever is deemed fair by the
 7  judge and jury for myself and the class that
 8  is represented.  I'm not looking for anything
 9  above and beyond anyone else.  Just whatever
10  is deemed fair and just by the jury and judge.
11  Q     Again, aside from your mother, are you
12  aware of anyone who would object to these
13  telephone calls made to third parties looking
14  for someone else?
15  A     Personally, no.  I'm just aware it's a
16  class action lawsuit.
17  Q     Did you do any kind of research on that
18  issue or reach out on social media?
19  A     No.
20  Q     Aside from you and your mother, you're
21  not aware of anyone?
22  A     I am not.
23  Q     How about your other family members?
24  A     I didn't really discuss it with them
25  either, to be honest with you, other than is
```
Page 33

9 (Pages 30 - 33)

### Page 42

1  I wasn't going back.
2  Q    You had left there for some time?
3  A    Yeah.  The checks just came through two
4  years ago, around November I think, which was
5  like 12 years or so after I had been gone.
6  Q    To be clear, have you now told me
7  everyone with whom you have discussed this
8  case at all?
9  A    Yes.
10 Q    None of your co-workers, not your
11 babysitter?
12 A    I don't have a babysitter.  They know
13 I'm coming down here for a deposition for
14 something involving my brother.  Specifically,
15 no.  Just something to do with his student
16 loans we have a deposition we have to go to
17 the city for.
18 Q    Do you use any social media?
19 A    I have a Twitter feed for sports.  No
20 Facebook or anything like that.
21 Q    Is it safe to say you haven't put
22 anything out in social media about this
23 lawsuit?
24 A    Right.
25         MS. SIMONETTI:  I don't think I

### Page 43

1  have anything else.
2          - - -
3          (Whereupon the deposition
4  concluded at 12:15.)
5          - - -
6          (Witness excused.)

### Page 44

1              C E R T I F I C A T E
2                     - - -
3          I, Janice L. Welsh, a Notary
4  Public, do hereby certify that the foregoing
5  deposition of Joshua Panzarella, was taken
6  before me, pursuant to notice, at the time and
7  place indicated; that said deponent was by me
8  duly sworn to tell the truth, the whole truth,
9  and nothing but the truth; that the testimony
10 of said deponent was correctly recorded in
11 machine shorthand by me and thereafter
12 transcribed under my supervision and
13 computer-aided transcription; that the
14 deposition is true and that I am neither of
15 counsel nor kin to any party in said action,
16 nor interested in the outcome thereof.
17         Witness my hand and official
18 seal this 15th day of October, 2019.

23         JANICE L. WELSH
24         Notary Public

### Page 45

1         ACKNOWLEDGMENT OF DEPONENT
2    I, _ _ _ _ _ _ _ _ _ _ _ _ , do hereby
3  certify that I have read the foregoing pages
4  ___ to ___ and that the same is a correct
5  transcription of the answers given by me to
6  the questions herein propounded, except for
7  the corrections or changes in form or
8  substance, if any, noted in the attached
9  Errata Sheet.

11 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
12 DATE           SIGNATURE

15 Subscribed and sworn to before me this _____
16 day of _____, 2019.

18 My commission expires: ---------------------

21 _ _ _ _ _ _ _ _ _ _ _ _ _ _
22 Notary Public

```
              VERITEXT LEGAL SOLUTIONS
        COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.