# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH PANZARELLA, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 18-3735** |
| **NAVIENT SOLUTIONS, INC.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this _1st__ day of April, 2020, upon consideration of Defendant's Motion for Summary Judgment filed with the Court on December 11, 2019 (ECF No. 54), Plaintiffs' Response in Opposition filed with the Court on February 4, 2020 (ECF No. 63), Defendant's Reply thereto (ECF No. 64), and Plaintiffs' sur-reply (ECF No. 65), **IT IS HEREBY ORDERED AND DECREED** that the Parties shall appear before the United States District Court for the Eastern District of Pennsylvania, Courtroom 16B, U.S. Federal Courthouse, 601 Market Street, Philadelphia, Pennsylvania on **Monday, May 11, 2020 at 2:30 p.m.**

  **BY THE COURT:**

  /s/ Petrese B. Tucker
  _____
  **Hon. Petrese B. Tucker, U.S.D.J.**