## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH PANZARELLA and JOSHUA PANZARELLA, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs, | : : | No. 2:18-cv-03735-PBT |
| v. | : : | |
| NAVIENT SOLUTIONS, LLC, | : : | CLASS ACTION |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that ELIZABETH PANZARELLA and JOSHUA PANZARELLA, Plaintiffs in the above-captioned case, hereby appeal to the United States District Court of Appeals for the Third Circuit from the Memorandum and Order which granted Defendant's Motion for Summary Judgment, entered in this action on June 16, 2020 (Docket Nos. 80, 81).

Respectfully submitted,

*s/ James A. Francis*
James A. Francis
David A. Searles
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, James A. Francis, hereby certify that on this first day of July 2020, I caused a true and correct copy of the foregoing Notice of Appeal to be served via ECF upon all counsel of record.

*s/ James A. Francis*
James A. Francis
David A. Searles
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

Attorneys for Plaintiffs