UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2371
_____

ELIZABETH PANZARELLA; JOSHUA PANZARELLA,
Individually and on behalf of all others similarly situated,
Appellants

v.

NAVIENT SOLUTIONS, INC.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil No. 2-18-cv-03735)
District Judge: Honorable Petrese B. Tucker
_____

Argued February 11, 2022
_____

Before: GREENAWAY, JR., SCIRICA, and RENDELL, *Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on February 11, 2022. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment entered on June 16, 2020, be and the same is hereby **AFFIRMED**. All in accordance with the Opinion of this Court.

Costs shall be taxed against the Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 14, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** July 6, 2022

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**